UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

DAVID W. LANG, et al.,            Bankruptcy Case No. 10-08798

    Debtors,                    Adversary Proceeding No. 12-80262
_____/

JEFF A. MOYER,

    Plaintiff,                  Case No. 1:13-cv-36

v.                                        Hon. Janet T. Neff

ABC DEBT RELIEF, LTD. CO., et al.,

    Defendants.
_____/

## **ORDER APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed January 10, 2013 by the United States Bankruptcy Judge in this action regarding the motion for entry of a default judgment against defendant. No objections have been filed. Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Bankruptcy Judge (Dkt 1) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that a money judgment shall enter in favor of Plaintiff Jeff A. Moyer, Trustee, against Defendant ABC Debt Relief, Ltd. Co. in the amount of $7,104.00, together with interest at the statutory rate and costs of $293.00, pursuant to 11 U.S.C. § 550. *Cf.* 28 U.S.C. § 157(c)(1) for the reasons stated in the Report and Recommendation.


Dated: February 4, 2013                  /s/Janet T. Neff
                                                       JANET T. NEFF
                                                       United States District Judge